# UNITED STATES DISTRICT COURT
For the
Southern District of Florida

MARTIN BERNSLEY

          Plaintiff                      Civ. Case No: 0:21-cv-62312-RAR

    against

The Advance Group, et al

                                        JURY DEMANDED
        Defendants

## SUMMONS IN A CIVIL ACTION

To: THE ADVANCE GROUP, 185 Price Parkway, Farmingdale, New York.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or --- 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Martin Bernsley, Pro Se
        By mail to
        Post Office Box 9665
        Fort Lauderdale, FL 33310
        Or
        By personal service at
        8400 Sunrise Lakes Blvd
        Apartment 204
        Sunrise, FL 33322

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE:   Dec 15, 2021                       **SUMMONS**

                                                                    s/ *Alisha Beasley-Martin*
                                                                    Deputy Clerk
                                Angela E. Noble     U.S. District Courts
                                Clerk of Court

# UNITED STATES DISTRICT COURT
For the
Southern District of Florida

MARTIN BERNSLEY

          Plaintiff          Civ. Case No: 0:21-cv-62312-RAR

against

The Advance Group, et al

                            JURY DEMANDED

        Defendants

## SUMMONS IN A CIVIL ACTION

To: MOLLOY BROS. TRUCKING INC. d/b/a/ Molloy Brothers Moving & Storage, 185 Price Parkway, Farmingdale, New York.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or --- 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Martin Bernsley, Pro Se
    By mail to
    Post Office Box 9665
    Fort Lauderdale, FL 33310
    Or
    By personal service at
    8400 Sunrise Lakes Blvd
    Apartment 204
    Sunrise, FL 33322

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE:
Dec 15, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Alisha Beasley-Martin
Deputy Clerk
U.S. District Courts